ORDERED in the Southern District of Florida on June 11, 2012.



John K. Olson
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

    Elizabeth T. **Stager**,

        Debtor.
_____/

Case No. 11-10064-JKO

Chapter 13

In re:

    Tiffanie N. **Hamm**,

        Debtor.
_____/

Case No. 11-13712-JKO

Chapter 7

In re:

    Amir & Naila Amir **Naseer**,

        Debtors.
_____/

Case No. 11-23100-JKO

Chapter 13

In re:

    Garry M. **Isabelle**,

        Debtor.

_____/

Case No. 11-23409-JKO

Chapter 13

In re:

    Nestor **Rubio**,

        Debtor.

_____/

Case No. 11-25366-JKO

Chapter 7

In re:

    Jeffrey **Fye**,

        Debtor.

_____/

Case No. 11-35898-JKO

Chapter 7

## ORDER TO SHOW CAUSE

This matter is before this Court upon *sua sponte* review of the record. Because it does not appear that attorney Johnny Kincaide has complied with the April 27, 2012 *Order Sanctioning Attorney*, Mr. Kincaide is hereby **ORDERED** to appear on July 18, 2012 at 1:30 pm in Courtroom 301, 299 East Broward Blvd., Fort Lauderdale, FL 33301 and show cause why he should not be held in civil contempt and why additional sanctions should not be imposed.

###

*The Clerk's Office is hereby directed to provide a copy to all interested parties registered to receive notice.*